UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Sandra J. Stewart, | ) | Case No. 16-04575 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: January 30, 2018 |
| | ) | Hearing Time: 10:30 a.m. |

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant:　　　Joseph A. Baldi, Trustee

Authorized to Provide
Professional Services to:　　Estate

Date of Order Authorizing
Employment:　　February 15, 2016

Period for Which
Compensation is sought:　　March 21, 2016 to Close of Case

Amount of Fees sought:　　$ 1,669.47

Amount of Expense
Reimbursement sought:　　$ 0.00

This is an:　　Interim Application __　　Final Application  _X_

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
| | | | |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses incurred herein is: N/A .

Dated: January 2, 2017　　　　　　　　　Joseph A. Baldi, Trustee of the Estate of
　　　　　　　　　　　　　　　　　　　　Sandra J. Stewart, Debtor


　　　　　　　　　　　　　　　　　　　　By:　　/s/Joseph A. Baldi, Trustee
　　　　　　　　　　　　　　　　　　　　　　　Joseph A. Baldi, Trustee

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Sandra J. Stewart, | ) | Case No. 16-04575 |
| Debtor. | ) | Hon. Timothy A. Barnes |
| | ) | Hearing Date: January 30, 2018 |
| | ) | Hearing Time: 10:30 a.m. |

**First and Final Application for Allowance and Payment of
Compensation of Joseph A. Baldi, as Trustee**

Joseph A. Baldi, not personally but solely as trustee ("Trustee") of the bankruptcy estate ("Estate") of Sandra J. Stewart ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $1,669.47 as final compensation for services rendered as chapter 7 trustee in this case from February 15, 2016 through the close of this case. In support thereof, Trustee states as follows:

**Introduction**

1. Debtor commenced this case on February 15, 2016 ("Petition Date") by filing a voluntary petition for relief under chapter 7 of the Code.

2. Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. The primary asset of the Estate consisted of the debtor's 1/3 interest in a claim of her mother's in a class action lawsuit against the city of Crestwood, Illinois. The claim was being pursued by the debtor as executor of her mothers' probate estate ("Property").

4. The bar date for filing claims in this case was September 28, 2016 for both general unsecured creditors and governmental units.

**Prior Compensation**

5. This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered or expenses incurred in this case.

### Services Rendered by Trustee

7. Since his appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A. Those services rendered by Trustee since his appointment in this case include but are not limited to the following:

    A. Trustee reviewed the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs which were filed in support of Debtor's petition for bankruptcy relief. Trustee conducted an examination of the Debtor pursuant to Section 341 of the Code.

    B. Trustee analyzed the Estate's interest in a class action lawsuit that was being litigated through the Debtor's Mothers' Probate Estate. Trustee monitored the settlement and disbursement of funds in the Crestwood Class Action lawsuit.

    C. Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

    D. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

    E. Trustee examined, analyzed and verified proofs of claim filed against the Estate;

    G. Trustee otherwise administered this Estate and directed the allocation, liquidation, and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8. Trustee has collected the sum of $13,194.72 on behalf of the Estate. Trustee has made $4,000.00 in disbursements in this case as of the date hereof, for payment of the Debtor's exemption claimed in the Property.

9. Copies of the *Form 1 Individual Estate Property Record and Report and Form 2 Cash Receipts and Disbursements Record* showing the disposition of the assets of this Estate are attached to the Trustee's Final Report, filed simultaneously herewith, as Exhibits A and B, respectively.

### Compensation Requested

10. During the period covered by this Application, Trustee has spent 14.30 hours rendering services on behalf of this Estate with a value of $3,652.00. Trustee estimates that he will spend an additional three hours rendering services with a value of $840.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file his final account.

11. The maximum compensation allowable to Trustee pursuant to section 326 of the Code, based upon the receipts and disbursements listed above is $1,669.47 as follows:

| | |
|---|---|
| 25% of the first $5,000.00 | $1,250.00 |
| 10% of the next $4,194.72 | $  419.47 |
| Total allowable compensation | $1,669.47 |

After payment of the Estate's administrative claims, Trustee anticipates that there will be sufficient funds to make a partial distribution to the Estate's general unsecured creditors. Trustee does not anticipate that there will be a surplus of funds to be returned to the Debtor.

12. Based upon the services rendered, Trustee requests allowance and payment of final compensation for his services rendered as trustee from the time of his appointment through the closing of this case in the amount of $1,669.47. The amount requested represents

3

reasonable compensation for the services rendered by Trustee and is equal to the maximum compensation allowable as set forth in paragraph 11 above.

13.     An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Joseph A. Baldi, as trustee, is attached hereto as Exhibit B.

14.     Trustee requests that the compensation requested herein be paid from the Estate funds in his possession as part of his final distribution in this case.

### Status of the Case

15.     The Trustee has liquidated or sought to abandon at closing all of the assets of the Estate and has completed his review and analysis of the claims filed against the Estate.

16.     Trustee has completed and filed his Final Report simultaneously herewith.

WHEREFORE, Joseph A. Baldi, as trustee of the Estate of Sandra J. Stewart, debtor requests the entry of an order providing the following:

   A.     Allowing to Trustee final compensation in the amount of $1,669.47 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from February 15, 2016 through the closing of this case;

   B.     Authorizing Trustee to make a distribution of the monies awarded above as part of his final distribution in this case, and

   C.     For such other and further relief as this Court deems appropriate.

Dated:  December 20, 2017           Joseph A. Baldi, as trustee of the estate of
                                    Sandra J. Stewart, Debtor

                                    By:_____/s/_____
                                          Joseph A. Baldi

Joseph A. Baldi
20 N. Clark St., Suite 200
Chicago, IL  60602
(312) 726-8150

4

**Trustee's Final Fee Application**                            **Sandra J. Stewart, Debtor**
                                                               **Case No. 16-04575**

**Trustee's Itemized Billing Statements**

**Exhibit A**

**Baldi Berg, Ltd.**
20 N. Clark Street
Suite 200
Chicago, IL 60602

Phone: (312) 726-8150
Fax:    (312) 470-6323

FEIN: 36-4352753

## *Invoice submitted to:*

December 20, 2017
Invoice No:   02997

Joseph A Baldi
Baldi Berg, Ltd.
20 North Clark Street
Suite 200
Chicago, IL 60602

**In Reference to:**   *Stewart, Sandra*

### *Professional Services*

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 3/21/2016 | JDL | Cf w/ JMM re: information relating to debtor's interest in Crestwood water lawsuit. (.2) Review debtor schedules (.2) Email to debtor's counsel re: additional information on same (.2) | 0.60 $275.00/ hr | $165.00 |
| 4/15/2016 | JDL | TC w/ Tarick Loutfi, probate attorney for estate of Sylvia Perry re: status of case, payout. (.3) Cf w/ JAB re: status of same (.1) | 0.40 $275.00/ hr | $110.00 |
| 4/26/2016 | JDL | Email to T. Loutfi, probate attorney re: direction to send all funds to Trustee. | 0.40 $275.00/ hr | $110.00 |
| 6/09/2016 | JDL | TC to attorneys for Crestwood re: status of distribution (.2) Cf w/ JAB re: same (.1) | 0.30 $275.00/ hr | $82.50 |
| 9/28/2016 | JDL | TC to PI firm re: status of settlement (.1) Email to JAB re: same (.1) Review claims (.1) | 0.30 $275.00/ hr | $82.50 |
| 12/15/2016 | JDL | TC to Deratany law firm: 312-857-7285 re: status of award calculations, LM for Lisa Demma (.1) Email memo to JAB re: status. (.4) | 0.50 $275.00/ hr | $137.50 |

**Baldi Berg, Ltd**                                                                                      12/20/2017

Stewart, Sandra                                                                                    Page    2

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 3/09/2017 | JDL | TC and email to Crestwood attorneys re: status of claim. | 0.20 $275.00/ hr | $55.00 |
| 4/11/2017 | JDL | TC from Debtor re: receipt of funds, next steps, exemption (.4) Cf w/ JAB re: same, timing of exemption payment, employment of professionals (.2) | 0.60 $275.00/ hr | $165.00 |
| 4/18/2017 | JDL | Respond to client email re: funds from PI suit (.1) Email to trustee re: same (.1) TC to GM re: duplicate claim filed (.2) | 0.40 $275.00/ hr | $110.00 |
| 4/20/2017 | JDL | Respond to client email re: award, source of funds (.2) Cf w/ JAB re: same (.1) | 0.30 $275.00/ hr | $82.50 |
| 6/01/2017 | JDL | Email to debtor re: status of payment. | 0.10 $275.00/ hr | $27.50 |
| 6/13/2017 | RKP | Review case file for information needed to prepare TIR (.4); update form 1 (.3) | 0.70 $195.00/ hr | $136.50 |
| 6/20/2017 | JAB | Email to debtor to follow up on payment from Crestwood settlement. Review response re same. TC to probate attorney re same. | 0.50 $450.00/ hr | $225.00 |
| 6/21/2017 | RKP | Meet with Trustee to discuss status of case and information needed for TIR | 0.10 $195.00/ hr | $19.50 |
| 7/20/2017 | RKP | Update forms 1 and 2 for TIR | 0.20 $195.00/ hr | $39.00 |
| 8/11/2017 | JAB | TC's to probate attorney and PI attorney re payout of amount due to estate. Email PI attorney re same. | 0.50 $450.00/ hr | $225.00 |
| 8/25/2017 | JAB | Review email from debtor, TC to probate attorney re status of payout. Email re same. | 0.40 $450.00/ hr | $180.00 |

**Baldi Berg, Ltd**                                                                        12/20/2017

Stewart, Sandra                                                                       Page    3

| Date | Init | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 9/06/2017 | JAB | TC with attorney for PI case, review and respond to emails from debtor re payout, address for exemption check. | 0.50<br>$450.00/ hr | $225.00 |
| 9/25/2017 | JMM | Obtain EIN from IRS (.1), Enter check into receipts log and open up new bank account in IQ7 (.1), Deposit check into IQ7 (.1), Deposit check with bank via scanner (.1) | 0.40<br>$195.00/ hr | $78.00 |
| 9/26/2017 | JMM | Review Schedule C and cut check to Debtor re: exemption in Crestwood Water Lawsuit (.1), Draft letter to Debtor re: transmittal of exemption check (.4) | 0.50<br>$195.00/ hr | $97.50 |
| 10/04/2017 | JAB | Open, review and approve September 2017 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 10/05/2017 | JMM | Process September 2017 TCB Bank Statement (.1) Reconcile Bank Statement with IQ7 (.1) | 0.20<br>$195.00/ hr | $39.00 |
| 10/12/2017 | JMM | Review filed claims, update information in IQ7, analyze claim filed by A-CAR Leasing (.8) | 0.80<br>$195.00/ hr | $156.00 |
| 11/13/2017 | JAB | Open, review and approve October 2017 Bank Statement | 0.10<br>$450.00/ hr | $45.00 |
| 11/13/2017 | JMM | Process October 2017 TCB Bank Statement (.1) Reconcile Bank Statement with IQ7 (.1) | 0.20<br>$195.00/ hr | $39.00 |
| 11/15/2017 | JMM | Review and discuss claim filed by ACAR re: Lease with Trustee (.2), Prepare TFR (.8), Edit TFR re: errors (.4) | 1.40<br>$195.00/ hr | $273.00 |
| 11/29/2017 | JMM | Review case for information needed to prepare TFR and related docs (.5), Review claims and update system with information needed to prepare TFR and NFR (.3) | 0.80<br>$195.00/ hr | $156.00 |
| 11/30/2017 | JMM | Draft Trustee Fee Application (1.1), Prep coversheet, affidavit and proposed order (.3), Prepare TFR (.8) and | 2.80<br>$195.00/ hr | $546.00 |

**Baldi Berg, Ltd**                                                                                          12/20/2017

Stewart, Sandra                                                                                              Page   4

        NFR (.2), Review and edit Trustee Final Report Package (.4)

|   |   |
|---|---:|
| Total Fees | $3,652.00 |
| Total New Charges | $3,652.00 |
| Previous Balance | $0.00 |
| Balance Due | $3,652.00 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Joseph A Baldi | 2.10 | $450.00 |
| Julia D Loper | 4.10 | $275.00 |
| Jason M Manola | 7.10 | $195.00 |
| Ricki K Podorovsky | 1.00 | $195.00 |

**Trustee's Final Fee Application**  **Sandra J. Stewart, Debtor**
**Case No. 16-04575**

**Rule 2016 Affidavit**

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Sandra J. Stewart, | ) | Case No. 16-04575 |
| | ) | |
| Debtor. | ) | Hon. Timothy A. Barnes |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the First and Final Application for Allowance and Payment of Compensation and Expense Reimbursement of Joseph A. Baldi as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services and incurred the expenses set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation or expense reimbursement to be received for services rendered or expenses incurred in connection with this matter, except among the principals and associates of Baldi, Berg, Ltd., a law firm at which I was employed during the pendancy of this case. I have not previously received payment of any compensation for services rendered or reimbursement for expenses incurred in connection with this case.

4. Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
on December 20th, 2017

_____
Notary Public

"OFFICIAL SEAL"
Jason M Manola
Notary Public, State of Illinois
My Commission Expires 11/1/2019

**Exhibit B**