UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                              §
STEWART, SANDRA JEAN                                §   Case No. 16-04575
                                                    §
                    Debtor(s)                       §
                                                    §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $30,943.00 (Without deducting any secured claims) | Assets Exempt: $21,575.00 |
| Total Distributions to Claimants: $7,525.25 | Claims Discharged Without Payment: $19,312.51 |
| Total Expenses of Administration: $1,669.47 | |

3) Total gross receipts of $13,194.72 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $4,000.00 (see **Exhibit 2**), yielded net receipts of $9,194.72 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $56,749.32 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $1,669.47 | $1,669.47 | $1,669.47 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $27,486.85 | $10,999.36 | $10,999.36 | $7,525.25 |
| **TOTAL DISBURSEMENTS** | $84,236.17 | $12,668.83 | $12,668.83 | $9,194.72 |

4) This case was originally filed under chapter 7 on 02/15/2016. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    03/08/2018            By :    /s/ Joseph A. Baldi

                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Crestwood Water Class Action Lawsuit | 1129-000 | $13,194.72 |
| **TOTAL GROSS RECEIPTS** | | **$13,194.72** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Sandra J. Stewart | Exemption Claimed in | 8100-002 | $4,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$4,000.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sierra Pacific Mortgage | | $56,749.32 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | **$56,749.32** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joseph A. Baldi | 2100-000 | NA | $1,669.47 | $1,669.47 | $1,669.47 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,669.47** | **$1,669.47** | **$1,669.47** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Capital One NA | 7100-000 | $146.42 | $146.42 | $146.42 | $100.17 |
| 2 | ACar Leasing LTD | 7100-000 | $10,868.55 | $10,209.85 | $10,209.85 | $6,985.10 |
| 1 | American InfoSource LP | 7100-000 | $633.48 | $643.09 | $643.09 | $439.98 |
| | American Express | | $26.13 | NA | NA | $0.00 |
| | Card Services / Barclays | | $224.82 | NA | NA | $0.00 |
| | Cardmember Service | | $6,269.25 | NA | NA | $0.00 |
| | Commonwealth CU Illinois | | $10.00 | NA | NA | $0.00 |
| | Discover | | $10.00 | NA | NA | $0.00 |
| | Harvey Anesthesiologists | | $255.00 | NA | NA | $0.00 |
| | Help Financial Corp. | | $4,671.51 | NA | NA | $0.00 |
| | Ingalls Home Health | | $145.56 | NA | NA | $0.00 |
| | Lending Club Corp. | | $3,599.00 | NA | NA | $0.00 |
| | Medical Business Bureau | | $255.00 | NA | NA | $0.00 |
| | Synchrony / Amazon | | $10.00 | NA | NA | $0.00 |
| | Walmart / SYNCB | | $362.13 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $27,486.85 | $10,999.36 | $10,999.36 | $7,525.25 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 16-04575 | Judge: | Timothy A. Barnes | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- | --- | --- |
| Case Name: | STEWART, SANDRA JEAN | | | Date Filed (f) or Converted (c): | 02/15/2016 (f) |
| | | | | 341(a) Meeting Date: | 03/15/2016 |
| For Period Ending: | 03/08/2018 | | | Claims Bar Date: | 09/28/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 13535 Lamon Ave, Crest Wood, IL 60445 - Total Value = $44,000 Per Recent Appraisal | 44,000.00 | 0.00 | | 0.00 | FA |
| 2. 1997 Chevy Malibu mileage: 63,000 (est.) | 2,300.00 | 0.00 | | 0.00 | FA |
| 3. Misc. household goods and furniture | 500.00 | 0.00 | | 0.00 | FA |
| 4. Misc. electronics | 250.00 | 0.00 | | 0.00 | FA |
| 5. Personal Used Clothing of Debtor | 275.00 | 0.00 | | 0.00 | FA |
| 6. Wedding Band | 500.00 | 0.00 | | 0.00 | FA |
| 7. Cash | 20.00 | 0.00 | | 0.00 | FA |
| 8. First Midwest Bank (joint with non-filing spouse) | 268.00 | 0.00 | | 0.00 | FA |
| 9. First Midwest | 105.00 | 0.00 | | 0.00 | FA |
| 10. Projected 2015 income tax refund (est.) | 300.00 | 0.00 | | 0.00 | FA |
| 11. Crestwood Water Class Action Lawsuit | Unknown | 0.00 | | 13,194.72 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 48,518.00 | 0.00 | | 13,194.72 | 0.00 |

Re Prop. #11   recipient of 1/3rd share of inhereted lawsuit - in the event of the net settlement;or judgment disbursement (shared with 2 siblings)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**03-08-18:** Trustee has disbursed all funds and is in the process of submitting his TDR to the UST for approval.

**11-16-17:** Trustee received $13,194.72 for the debtor's 1/3 share for the settlement of the Crestwood Water Class Action lawsuit. Trustee paid Debtor $4,000.00 for her exemption in the lawsuit. Trustee is in the process of compiling his Final Report and will submit to the UST for approval.

UST Form 101-7-TDR (10/1/2010) (Page 5)                                                                                                                                           Exhibit 8

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 16-04575 | Judge: Timothy A. Barnes | Trustee Name: Joseph A. Baldi |
|---|---|---|
| Case Name: STEWART, SANDRA JEAN | | Date Filed (f) or Converted (c): 02/15/2016 (f) |
| | | 341(a) Meeting Date: 03/15/2016 |
| For Period Ending: 03/08/2018 | | Claims Bar Date: 09/28/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

07-24-17: Debtor reports that Mother's claim for recovery from the Village of Crestwood has been approved. Awaiting approval from probate court and payment of Debtor's share to trustee.

June 2016: Trustee is investigating the potential for the Estate to recover on account of the Debtor's interest in the Crestwood Water Class Action settlement.

Initial Projected Date of Final Report(TFR) : 12/31/2017     Current Projected Date of Final Report(TFR) : 12/31/2017

| Trustee's Signature | /s/Joseph A. Baldi | Date: | 03/08/2018 |
|---|---|---|---|
| | Joseph A. Baldi | | |
| | 20 N. Clark St. Suite 200 | | |
| | Chicago, IL 60602 | | |
| | Phone : (312) 726-8150 | | |

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 16-04575 | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | STEWART, SANDRA JEAN | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5633 Checking Account |
| Taxpayer ID No: | **-***3583 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 3/8/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/25/2017 | [11] | The Deratany Firm LLC<br>221 N LaSalle Street, Ste. 2200<br>Chicago, IL 60601 | Settlement of PI Lawsuit - Crestwood Water Class Action Lawsuit | 1129-000 | 13,194.72 | | 13,194.72 |
| 09/26/2017 | 51001 | Sandra J. Stewart<br>PO Box 169<br>Chenoa, IL 61726 | Exemption Claimed in Crestwood Water Class Action Lawsuit | 8100-002 | | 4,000.00 | 9,194.72 |
| 01/31/2018 | 51002 | Joseph A. Baldi<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Compensation | 2100-000 | | 1,669.47 | 7,525.25 |
| 01/31/2018 | 51003 | American InfoSource LP<br>as agent for TD Bank USA<br>P. O. Box 248866<br>Oklahoma City, OK 73124-8866 | Disb of 68.42% to Claim #1 | 7100-000 | | 439.98 | 7,085.27 |
| 01/31/2018 | 51004 | ACar Leasing LTD<br>dba GM Financial Leasing<br>P. O. Box 183853<br>Arlinton, TX 76096 | Disb of 68.42% to Claim #2 | 7100-000 | | 6,985.10 | 100.17 |
| 01/31/2018 | 51005 | Capital One NA<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern , PA 19355-0701 | Disb of 68.41% to Claim #4 | 7100-000 | | 100.17 | 0.00 |
| | | | Page Subtotals | | 13,194.72 | 13,194.72 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 16-04575 | |
| Case Name: | STEWART, SANDRA JEAN | |
| Taxpayer ID No: | **-***3583 | |
| For Period Ending: | 3/8/2018 | |

| | | |
|---|---|---|
| Trustee Name: | Joseph A. Baldi | |
| Bank Name: | Texas Capital Bank | |
| Account Number/CD#: | ******5633 Checking Account | |
| Blanket bond (per case limit): | 5,000,000.00 | |
| Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | | |
|---|---|---|
| **COLUMN TOTALS** | 13,194.72 | 13,194.72 |
| Less: Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 13,194.72 | 13,194.72 |
| Less: Payments to Debtors | | 4,000.00 |
| **Net** | 13,194.72 | 9,194.72 |

| | | | |
|---|---|---|---|
| All Accounts Gross Receipts: | 13,194.72 | | |
| All Accounts Gross Disbursements: | 13,194.72 | | |
| All Accounts Net: | 0.00 | | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5633 Checking Account | 13,194.72 | 13,194.72 | |
| **Net Totals** | 13,194.72 | 13,194.72 | 0.00 |